UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

NATALIE ANN GRIFFIN-WALLACE,
a/k/a NATALIE ANN GRIFFIN
        Debtor.        /

Case No. 8:18-bk-02237-MGW

Chapter 13

## NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN THAT:

A preliminary hearing in this case will be held on **April 9, 2018** at **2:00 p.m.** in **Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602** to consider and act upon the following and transact such other business that may come before the

Court:      **Debtor's Motion to Continue Automatic Stay as to
All Creditors Pursuant to 11 U.S.C., Section 362(c)(3)(B) (Doc #4)**

The hearing may be continued upon announcement made in open Court without further notice.

Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in business attire consistent within their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints You are reminded that Local Rule 5037-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to all parties listed on the attached matrix who are not CM/ECF users this 28 day of March, 2018.

*/s/ Ronald R. Bidwell*
LAW OFFICE OF RONALD R. BIDWELL P.A.
Ronald R. Bidwell, Esquire
1205 W. Fletcher Avenue, Suite B
Tampa, FL 33612
(813)908-7700 Facsimile (813)962-6156
Florida Bar #298867

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:18-bk-02237-MGW<br>Middle District of Florida<br>Tampa<br>Wed Mar 28 11:14:17 EDT 2018 | Natalie Ann Griffin-Wallace<br>12537 Glen Oak Avenue<br>New Port Richey, FL 34654-3072 | Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 |
| Federal National Mortgage<br>Association<br>3900 Wisconsin Avenue N.W.<br>Washington, DC 20016-2892 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Law Offices of Lance Denha P<br>1560 Sawgrass Corporate Pkwy<br>Suite 456<br>Fort Lauderdale, FL 33323-2875 |
| MTGLQ Investors LP<br>15 S Main Street<br>Greenville, SC 29601-2743 | MTGLQ Investors LP<br>6011 Connection Drive<br>Irving, TX 75039-2607 | Mortgage Electronic Registration Systems, Inc.<br>P O Box 2026<br>Flint, MI 48501-2026 |
| Robertson Anschutz & Schneid<br>6409 Congress Avenue #100<br>Boca Raton, FL 33487-2853 | Seterus Inc.<br>14523 SW Millikan Way #200<br>Beaverton, OR 97005-2352 | Shellpoint Mortgage<br>Servicing<br>P O Box 10826<br>Greenville, SC 29603-0826 |
| Surf Consultants Inc<br>successor to Bank of America<br>Steven B Sprechman  Director<br>2775 Sunny Isles Blvd #100<br>North Miami Beach, FL 33160-4078 | United States Trustee - TPA7/13 7+<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Ronald R. Bidwell +<br>Law Office of Ronald R Bidwell PA<br>1205 W Fletcher Ave Suite B<br>Tampa, FL 33612-3324 |
| Kelly Remick +<br>Chapter 13 Standing Trustee<br>Post Office Box 6099<br>Sun City, FL 33571-6099 | Note: Entries with a '+' at the end of the name have an email address on file in CMECF | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Michael G. Williamson<br>Tampa | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     1<br>Total                   17 |