**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:  Case No. 8:18-bk-02237-MGW
Chapter 13

NATALIE ANN GRIFFIN-WALLACE
    Debtor.[1]
_____/

**TRUSTEE'S UNFAVORABLE RECOMMENDATION AND**
**OBJECTION CONCERNING CONFIRMATION OF THE PLAN**

TO:  Clerk, United States Bankruptcy Court

    <u>Trustee's Recommendation to the Court</u>.  The Trustee cannot recommend confirmation of the Chapter 13 Plan at this time and objects to confirmation based on the following:

    1.    To meet the requirements of 11 U.S.C. §1325(a)(4) and/or 11 U.S.C. §1325(b)(1)(B) the Debtor must dedicate a potential claim/lawsuit to the Plan.

    2.    The Trustee reserves the right to request further information or raise further objections prior to or at the confirmation hearing.

    I HEREBY CERTIFY that a true and correct copy of the Trustee's Unfavorable Recommendation and Objection Concerning Confirmation of the Plan was furnished electronically and/or by First Class U.S. Mail to NATALIE ANN GRIFFIN-WALLACE, 12537 Glen Oak Avenue, New Port Richey, Florida 34654; RONALD R. BIDWELL, ESQUIRE, 1205 West Fletcher Avenue, Suite B, Tampa, Florida 33612; and the U.S. TRUSTEE, 501 East Polk Street, Suite 1200, Tampa, Florida 33602, on this 25th day of July, 2018.

    /s/ Mara B. Mandell, Esquire
    MARA B. MANDELL, ESQUIRE
    Post Office Box 6099
    Sun City Center, Florida 33571-6099
    Phone (813) 658-1165
    Facsimile (813) 658-1166
    Florida Bar No. 0856185
    Attorney for the Trustee

KR/kw

---

[1] All references to "Debtor" shall include and refer to both of Debtors in a case filed jointly by two individuals.